761 A.2d 532

IN THE MATTER OF E. NKEM ODINKEMERE,
AN ATTORNEY AT LAW.

November 15, 2000.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *R.* 1:20–11(a) recommending **E. NKEM OD-**

**INKEMERE** of **IRVINGTON,** who was admitted to the bar of this State in 1993, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–11(a), **E. NKEM ODINKEMERE** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this court, for good cause shown, pending further Order of this Court; and it is further

ORDERED that **E. NKEM ODINKEMERE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **E. NKEM ODINKEMERE** comply with *Rule* 1:20–20 dealing with suspended attorneys.